UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNA N. HORTON, | Case No. 5:18-cv-1951-RGK (GJS) |
| Plaintiff | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| BILLINGSLEY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings, motions, and other documents filed in this action, including the Report and Recommendation of the assigned United States Magistrate Judge. (Dkt. 35, "Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the Magistrate Judge's Report and Recommendation set forth in the Report. Accordingly, **IT IS ORDERED** that (1) Defendant's Motion to Dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: 01.20.20

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE