UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNA N. HORTON,<br>Plaintiff<br>v.<br>BILLINGSLEY, et al.,<br>Defendants. | Case No. 5:18-cv-1951-RGK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: 01.20.20

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE